IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
          Plaintiff,          )         8:08CV537
                              )
     v.                       )
                              )
RESEARCH IN MOTION LTD, and   )         ORDER
MICROSOFT CORPORATION,        )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the joint motion to extend planning conference report deadline (Filing No. 28). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until May 1, 2009, to submit their planning conference report.

DATED this 1st day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court