```
          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV537 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION LTD, and | ) | ORDER |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for entry of order of dismissal (Filing No. 66).  Pursuant thereto,

IT IS ORDERED:

1) All claims for relief asserted against Microsoft Corporation by Prism Technologies LLC are dismissed with prejudice, and all claims for relief asserted against Prism Technologies LLC by Microsoft Corporation are dismissed as moot.

2) Each party shall pay their own attorneys fees, costs and expenses.

3) No claims are released, dismissed or compromised with respect to defendant Research in Motion.

DATED this 28th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court