```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
          Plaintiff,          )        8:08CV537
                              )
     v.                       )
                              )
RESEARCH IN MOTION LTD,       )        ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to strike CM/ECF Docket No. 90 (Filing No. 101). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Filing No. 90 is stricken.

DATED this 8th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court