IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV537 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION, LTD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to plead inequitable conduct (Filing No. 92). The Court notes the motion is unopposed and finds it should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; it shall have until seven days after the completion of the deposition of Thomas Martin to amend its pleadings to allege the defense of inequitable conduct.

DATED this 8th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court