IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )           8:08CV537
                                )
     v.                         )
                                )
RESEARCH IN MOTION LTD,         )           ORDER
                                )
            Defendant.          )
_____)

       This matter is before the Court on the motion of Raymond P. Niro, Dean D. Niro, Paul C. Gibbons and Robert A. Conley, and the law firm, Niro, Scavone, Haller & Niro to withdraw as counsel for plaintiff (Filing No. 81).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion is granted; Raymond P. Niro, Dean D. Niro, Paul C. Gibbons and Robert A. Conley, and the law firm, Niro, Scavone, Haller & Niro are deemed withdrawn as counsel for plaintiff.

       DATED this 10th day of December, 2009.

                             BY THE COURT:

                             /s/ Lyle E. Strom
                             _____
                             LYLE E. STROM, Senior Judge
                             United States District Court