IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | 8:08CV537 |
| v. | ) | |
| RESEARCH IN MOTION LTD, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to strike CM/ECF Docket No. 124 (Filing No. 127).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Filing No. 124 is stricken without prejudice.

DATED this 18th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court