IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV537 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION, LTD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's withdrawal of motion for leave to file plaintiff's amended disclosure of asserted claims and preliminary infringement contentions and Exhibit A thereto under seal (Filing No. 131). Defendant waived any argument that the information contained in the materials subject to plaintiff's motion for leave to seal was confidential. Plaintiff's motion for leave to seal (Filing No. 118) is no longer necessary. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff's motion for leave to file plaintiff's amended disclosure of asserted claims and preliminary infringement contentions and Exhibit A thereto under seal (Filing No. 118) is deemed withdrawn.

DATED this 22nd day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court