IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )              8:08CV537
                                )
         v.                     )
                                )
RESEARCH IN MOTION LTD,         )              ORDER
                                )
              Defendant.        )
_____  )


This matter is before the Court on plaintiff's motion to strike CM/ECF Docket No. 135 (Filing No. 137).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Filing No. 135 is stricken without prejudice.

DATED this 1st day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court