IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
               Plaintiff,      )          8:08CV537
                               )
          v.                   )
                               )
RESEARCH IN MOTION, LTD,       )          ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file reply brief in support of its initial claim construction brief (Filing No. 152).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until March 22, 2010, to file its reply brief in support of its initial claim construction brief.

DATED this 22nd day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court