IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,     )
                             )
            Plaintiff,       )           8:08CV537
                             )
      v.                     )
                             )
RESEARCH IN MOTION, LTD,     )              ORDER
                             )
            Defendant.       )
_____)
```

      This matter is before the Court on defendant's motion to extend certain deadlines (Filing No. 160). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED;

      1) Defendant's motion is granted; defendant shall have until April 29, 2010, to amend its pleadings to allege the defense of inequitable conduct.

      2) Defendant shall have until April 9, 2010, to file a surreply claim construction brief.

      3) The discovery deadline for completion of fact discovery is extended to May 28, 2010.

      DATED this 31st day of March, 2010.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court