IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | § § § § | |
| Plaintiff | § § | |
| v. | § § | No. 8:08-CV-537 |
| RESEARCH IN MOTION, LTD., | § § § | |
| Defendant. | § § § | |

**DEFENDANT RESEARCH IN MOTION LIMITED'S MOTION
FOR SUMMARY JUDGMENT THAT THE ASSERTED
CLAIMS OF U.S. PATENT NO. 7,290,288 ARE INVALID**

Defendant Research In Motion Limited ("RIM") hereby moves for summary judgment that the Asserted Claims of U.S. Patent No. 7,290,288, filed Aug. 29, 2002, are invalid under the on-sale bar of 35 U.S.C. § 102(b). In support of this motion, and pursuant to NECivR 7.1(a) and 56.1(a), RIM submits herewith a Brief in Support of the Motion, including a Statement of Material Facts and an accompanying Index of Evidence.[1]

Wherefore, RIM is entitled to summary judgment that the Asserted Claims of U.S. Patent No. 7,290,288 are invalid.

---

[1] Exhibits, submitted as part of the Index of Evidence in support of RIM's Motion, are authenticated by Exhibit K to the Index, the Affidavit of S. Giriraj Pathmanaban In Support Of Research In Motion, Ltd.'s Motion for Summary Judgment That The Asserted Claims Of U.S. Patent No. 7,290,288 Are Invalid.

{1190282.1}

Dated:  April 14, 2010

RESEARCH IN MOTION, LTD.,
Defendant.

/s/Richard P. Jeffries
Richard P. Jeffries, #20089
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
One Pacific Place
1125 South 103rd Street, Suite 600
Omaha, Nebraska 68124
Telephone: (402) 397-1700
Fax: (402) 397-1806
E-mail: rickjeffries@clinewilliams.com

VINSON & ELKINS LLP
Scott W. Breedlove (pro hac vice)
    Texas Bar No. 00790361
Giriraj Pathmanaban (pro hac vice)
    NY Registration No. 4619615
2001 Ross Ave. - Suite 3700
Dallas, TX  75201
Tel:  214.220.7700
Fax:  214.220.7716

William L. LaFuze (pro hac vice)
    Texas Bar No. 11792500
Morgan L. Copeland (pro hac vice)
    Texas Bar No. 04800500
1001 Fannin Street - Suite 2500
Houston, TX  77002
Tel:  713.758.2661
Fax:  713.615.5561

Michael A. Valek (pro hac vice)
    Texas Bar No. 24044028
James D. Shead (pro hac vice)
    Texas Bar No. 24070609
Syed K. Fareed (pro hac vice)
    Texas Bar No. 24065216
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  512-542-8400
Fax:  512-542-8612

{1190282.1}

                                            KIRKLAND & ELLIS LLP
Linda DeBruin (pro hac vice)
    Illinois Bar No. 6201843
Jamie McDole (pro hac vice)
    Illinois Bar No. 6270243
300 N. LaSalle
Chicago, IL 60654
Tel:  312-862-2378
Fax:  312-862-2200

Robert J. Krupka (pro hac vice)
    Illinois Bar No. 1536508
333 South Hope Street
Los Angeles, CA 90071
Tel:  213-680-8456
Fax:  213-680-8500

*Attorneys for Defendant Research In Motion, Ltd.*

{1190282.1}

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2010 I filed the foregoing document via CM/ECF, which served electronic notice upon the following:

André J. Bahou, Esq.
VP and Chief Intellectual Property Officer
Prism Technologies LLC
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC  20004
aj.bahou@prismpatent.com

Michael C. Cox
Daniel J. Fischer
Diana Woodward
KOLEY JESSEN P.C., L.L.O.
One Pacific Place
1125 South 103rd Street, Suite 800
Omaha, Nebraska  68124

Blair M. Jacobs
Charles J. Hawkins
Robert J. Walters
MCDERMOTT WILL & EMERY
600 13th Street, N.W.
Suite 1200
Washington, DC 20005-3096

*Attorneys for Prism Technologies LLC*

/s/ Richard P. Jeffries
Richard P. Jeffries