IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
              Plaintiff,       )        8:08CV537
                               )
       v.                      )
                               )
RESEARCH IN MOTION, LTD,       )        ORDER
                               )
              Defendant.       )
_____)
```

       This matter is before the Court on plaintiff's consent motion for an extension of time to file brief in opposition to defendant's motion for summary judgment that the asserted claims of U.S. Patent No. 7,290,288 are invalid (Filing No. 182), and defendant's unopposed motion for an extension of time to file briefs in opposition to certain pending motions (Filing No. 183). The Court finds the motions should be granted. Accordingly,

       IT IS ORDERED:

       1) Plaintiff's motion is granted; plaintiff shall have until May 21, 2010, to file its brief in opposition to RIM's summary judgment motion.

       2) Defendant's motion is granted; defendant shall have until May 24, 2010, to file RIM's brief in opposition to Prism's motion to continue defendant Research in Motion Limited's motion for summary judgment; and until May 26, 2010, to file a brief in opposition to Prism's motion requesting the Court to decline to

consider RIM's new claim construction and terms, or in the alternative, to file a responsive brief.

DATED this 11th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court