# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, ) | |
| ) | Case No. 8:08-cv-00537-LES-TDT |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF PATENT OFFICE** |
| ) | **ACTION IN RELATED PARALLEL** |
| RESEARCH IN MOTION, LTD., ) | **EX PARTE REEXAMINATION** |
| ) | **PROCEEDING** |
| Defendant. ) | |
| ) | |

This Notice relates to Plaintiff Prism Technologies LLC's ("Prism") Motion to Order a Continuance of Research in Motion's Summary Judgment Motion [Doc. No. 172]. In that Motion, Prism stated that the United States Patent and Trademark Office ("PTO") would soon issue a Notice of Intent to Issue Reexamination Certificate ("NIRC") in the reexamination of the patent-in-suit, U.S. Patent No. 7,290,288. The PTO issued the NIRC on April 30, 2010, and it is attached hereto as Exhibit A. Prism is filing this Notice to complete the record now that the NIRC has issued. Prism does not intend at this time to file any supplemental briefing regarding the attached document or the related Motion.

Dated: May 17, 2010

By:   /s/ Charles J. Hawkins
Michael C. Cox, #17588
Daniel J. Fischer, #22272
**KOLEY JESSEN P.C., L.L.O.**
1125 South 103rd Street, Suite 800
Omaha, NE  68124
Phone: 402-390-9500
Fax: 402-390-9005
Mike.Cox@koleyjessen.com
Dan.Fischer@koleyjessen.com

Robert J. Walters (*pro hac vice*)
Blair M. Jacobs (*pro hac vice*)

Charles J. Hawkins (*pro hac vice*)
**McDERMOTT WILL & EMERY LLP**
600 Thirteenth Street NW
Washington, DC  20005-3096
rwalters@mwe.com
bjacobs@mwe.com
chawkins@mwe.com
Telephone: 202-756-8000
Facsimile: 202-756-8087

André J. Bahou, Esq.
V.P. and Chief Intellectual Property Officer
Prism Technologies LLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC  20004

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on May 17, 2010, which will send notification of such filing to the following at their email address on file with the Court, unless otherwise indicated below:

Scott W. Breedlove
sbreedlove@velaw.com
Allen W. Yee
aye@velaw.com
**VINSON & ELKINS, LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel: 214-220-7700
Fax: 214-220-7716

Morgan L. Copeland, Jr.
mcopeland@velaw.com
William L. LaFuze
wlafuze@velaw.com
**VINSON & ELKINS, LLP**
1001 Fannin Street, Suite 2500
Houston, TX  77002
Tel: 713-758-2661
Fax: 713-758-5561

Richard P. Jeffries
rickjeffries@clinewilliams.com
**CLINE, WILLIAMS, WRIGHT,
JOHNSON & OLDFATHER, LLP**
One Pacific Place
1125 South 103rd Street, Suite 320
Omaha, NE  68124
Tel: 402-397-1700
Fax: 402-397-1806

**ATTORNEYS FOR RESEARCH IN MOTION, LTD.**

                                          ____/s/ David M. DesRosier ___