## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RESEARCH IN MOTION, LTD., )<br>)<br>Defendant. )<br>) | Civil No. 8:08-CV-537 |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and a confidential License and Settlement Agreement, Plaintiff Prism Technologies, LLC ("Prism") and Defendant Research in Motion, Ltd. ("RIM") hereby move the Court to dismiss with prejudice all claims and counterclaims asserted by either party in this case.  Prism and RIM agree that each party shall bear its own fees and expenses.

A proposed order is being filed herewith.

DATED: May 17, 2010

By: /s/ Scott W. Breedlove
Scott W. Breedlove
sbreedlove@velaw.com
**VINSON & ELKINS, LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel: 214-220-7700
Fax: 214-220-7716

William L. LaFuze
wlafuze@velaw.com
**VINSON & ELKINS, LLP**
1001 Fannin Street, Suite 2500

By:   /s/ Charles J. Hawkins
Michael C. Cox, #17588
Daniel J. Fischer, #22272
**KOLEY JESSEN P.C., L.L.O.**
1125 South 103rd Street, Suite 800
Omaha, NE  68124
Phone: 402-390-9500
Fax: 402-390-9005
Mike.Cox@koleyjessen.com
Dan.Fischer@koleyjessen.com

Robert J. Walters (*pro hac vice*)
Blair M. Jacobs (*pro hac vice*)

- 2 -

Houston, TX  77002
Tel: 713-758-2661
Fax: 713-758-5561

Richard P. Jeffries
rickjeffries@clinewilliams.com
**CLINE, WILLIAMS, WRIGHT,
JOHNSON & OLDFATHER, LLP**
One Pacific Place
1125 South 103rd Street, Suite 320
Omaha, NE  68124
Tel: 402-397-1700
Fax: 402-397-1806

*Attorneys for Research in Motion, LTD.*

Charles J. Hawkins (*pro hac vice*)
**McDERMOTT WILL & EMERY LLP**
600 Thirteenth Street NW
Washington, DC  20005-3096
rwalters@mwe.com
bjacobs@mwe.com
chawkins@mwe.com
Telephone: 202-756-8000
Facsimile: 202-756-8087

André J. Bahou, Esq.
V.P. and Chief Intellectual Property Officer
Prism Technologies LLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC  20004

*Attorneys for Prism Technologies LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | )<br>)<br>)   Civil No. 8:08-CV-537 |
| Plaintiff, | ) |
| v. | ) |
| RESEARCH IN MOTION, LTD., | ) |
| Defendant. | ) |

## PROPOSED ORDER

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. Having considered the motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims and counterclaims asserted in this case are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' confidential License and Settlement Agreement. Each party shall bear its own fees and expenses.

DATED this ____ day of _____, 2010.

                                                    BY THE COURT:

                                                   _____
                                                   LYLE E. STROM, Senior Judge
                                                   United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on May 17, 2010, which will send notification of such filing to the following at their email address on file with the Court, unless otherwise indicated below:

Scott W. Breedlove
sbreedlove@velaw.com
Allen W. Yee
aye@velaw.com
**VINSON & ELKINS, LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel: 214-220-7700
Fax: 214-220-7716

Morgan L. Copeland, Jr.
mcopeland@velaw.com
William L. LaFuze
wlafuze@velaw.com
**VINSON & ELKINS, LLP**
1001 Fannin Street, Suite 2500
Houston, TX  77002
Tel: 713-758-2661
Fax: 713-758-5561

Richard P. Jeffries
rickjeffries@clinewilliams.com
**CLINE, WILLIAMS, WRIGHT,
JOHNSON & OLDFATHER, LLP**
One Pacific Place
1125 South 103rd Street, Suite 320
Omaha, NE  68124
Tel: 402-397-1700
Fax: 402-397-1806

**ATTORNEYS FOR RESEARCH IN MOTION, LTD.**

                                                        ____/s/ David M. DesRosier ___