IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV537 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION, LTD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint motion to dismiss with prejudice (Filing No. 186). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; this action is dismissed with prejudice as to all claims and counterclaims asserted by either party, with each party to pay their own fees and expenses.

DATED this 18th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court